PETER C. ANDERSON
UNITED STATES TRUSTEE
Michael Hauser (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building &
United States Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: michael.hauser@usdoj.gov



FILED & ENTERED

NOV 17 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MADLIN MILAD LOCEY,<br><br><br><br><br><br>Debtor. | CASE NUMBER: **8:17-bk-12827-MW**<br><br>CHAPTER 7<br><br>ORDER GRANTING MOTION TO IMPOSE FINES AGAINST BANKRUPTCY PETITION PREPARER PURSUANT TO 11 U.S.C § 110<br><br>DATE: November 13, 2017<br>TIME: 2:00 p.m.<br>CTRM: 6C |

A hearing was held on November 13, 2017 at 2:00 p.m. before the Honorable Mark S. Wallace, United States Bankruptcy Judge for the Central District of California, in Courtroom 6C located at 411 West Fourth St., Santa Ana, CA, on the United States Trustee's Motion for an Order Imposing Fines Against Bankruptcy Petition Preparer Odine Limansky Pursuant to 11 U.S.C. §110, filed on October 11, 2017 as Docket #22 ("Motion"). Michael Hauser appeared on behalf of the United States Trustee. No other appearances were made.

1

The Court having read and considered the Motion, noted the lack of written opposition, and with good cause shown:

**IT IS ORDERED:**

1. Within 60 days after entry of this order, Bankruptcy Petition Preparer, Odine Limansky, shall remit the sum of $1,000, representing a fine, in certified funds, made payable to the OFFICE OF THE UNITED STATES TRUSTEE; said check is to be mailed to the Office of the United States Trustee, in care of Kristina Howard, Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Suite 7160, Santa Ana, CA  92701-8000.

2. This Court shall retain jurisdiction over this case to enforce the terms and conditions of this Order as failure to comply with the Order may result in the imposition of further fines or sanctions.

###

Date: November 17, 2017

Mark S. Wallace
United States Bankruptcy Judge