Peter C. Anderson
United States Trustee
Michael Hauser, SBN 140165
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
michael.hauser@usdoj.gov

FILED & ENTERED

MAR 06 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MADLIN MILAD LOCEY,<br><br><br><br><br>Debtor. | CASE NUMBER: **8:17-bk-12827-MW**<br><br>CHAPTER 7<br><br>ORDER GRANTING MOTION TO ENJOIN BANKRUPTCY PETITION PREPARER PURSUANT TO 11 U.S.C § 110<br><br>Date:   February 26, 2018<br>Time:   2:00 p.m.<br>Courtroom:   6C |

A hearing was held on February 26, 2018 at 2:00 p.m. before the Honorable Mark Wallace, United States Bankruptcy Judge for the Central District of California, in Courtroom 6C located at 411 West Fourth St., Santa Ana, CA, on the United States Trustee's Motion to Enjoin Bankruptcy Petition Preparer Odine Limansky, filed on January 23, 2018 as Docket #37 ("Motion").  Michael Hauser appeared on behalf of the United States Trustee.  No other appearances were made.

//

//

The Court having read and considered the Motion, heard the statements of counsel, noted the lack of written opposition, and with good cause shown,

**IT IS ORDERED:**

1. Odine Limansky is enjoined from acting as a bankruptcy petition preparer in the Central District of California until she complies with this Court's prior order [dkt. #33] requiring her to pay a fine of $1,000 to the U.S. Trustee.

###

Date: March 6, 2018

Mark S. Wallace
United States Bankruptcy Judge